JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE ROE AA 102,<br><br>Plaintiff,<br><br>vs.<br><br>DOE 1, a corporation; DOE 2, a corporation; DOE 3; an entity of unknown form; and DOES 4 to 100, Inclusive,<br><br>Defendants. | Case No. 2:25-cv-00403-AB-PVCx<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

**ORDER OF DIMISSAL**

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and all parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

Dated: July 29, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT